IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVRICK DOTSON**                                                                                   PLAINTIFF

v.                                  No. 4:23-cv-235-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center; TIM RYALS; and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                             DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Dotson has not updated his address with the Clerk; and the time to do so has passed. *Doc. 7.* His mail is being returned. *Doc. 9 & 10.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature: NPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

30 November 2023